**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**
-------------------------------------------------------X
In re                                                                    CHAPTER 13

    **SOPHIA LYNETTE WILLIAMS,**                           CASE NO. 08-36229

              **Debtor.**                                            ORDER
-------------------------------------------------------X

Upon the unopposed Motion of the debtor, Sophia Lynette Williams to continue the Automatic Stay as to all creditors for the duration of this Bankruptcy Case No. 08-36229 pursuant to 11 U.S.C. Section 362(c)(3)having been filed with this Court on June 6, 2008, and after preliminary hearing held June 27, 2008 attended by movant's attorney, Lewis D. Wrobel, Esq. and the Court having found just cause; it is

**ORDERED**, that the Automatic Stay shall be continued as to all creditors for the duration of this Bankruptcy Case.

Dated: Poughkeepsie, New York
       June 27, 2008


                                                     /s/ Cecelia Morris
                                         **HON. CECELIA G. MORRIS**
                                         **U.S. BANKRUPTCY JUDGE**